■ DEBORA KALBFLIESH et al., Respondents, v ANDREA MC-CANN et al., Respondents, and JOSEPH A. MOSES et al., Appellants. (Appeal No. 2.) [10 NYS3d 482]—Appeal from an order of the Supreme Court, Niagara County (Mark A. Montour, J.), entered September 29, 2014 in a personal injury action. The order denied the motion of defendants Joseph A. Moses and Smart Ride Ltd. seeking to settle the record on appeal to exclude a certain letter.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Kalbfliesh v McCann* ([appeal No. 1] 129 AD3d 1671 [2015]). Present—Scudder, P.J., Smith, Sconiers, Valentino and DeJoseph, JJ.